IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS, TENNESSEE

---

TRACY MCGEE,

    Plaintiff,

No. 19-02871

TENET HEALTHCARE d/b/a
ST. FRANCIS HOSPITAL,

    Defendants.

---

## JOINT STIPULATION OF DISMISSAL

---

Plaintiff, Tracey McGee and the Defendant, Tenet Healthcare d/b/a St. Francis Hospital hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(l)(ii), that this action shall be dismissed in its entirety with prejudice.

Each party shall bear their own costs.

RESPECTFULLY SUBMITTED,
JOHNSON AND JOHNSON, PC

1407 Union Avenue, Suite 1002
Memphis, Tennessee 38104
(901) 725-7520 TELEPHONE
(901) 725-7570 TELEFACSIMILE
fjohnson@johnsonandjohnsonattys.com


/s/Florence M. Johnson
FLORENCE M. JOHNSON #15499

1

/s/ Daniel Wood, Jr_____.
F. Daniel Wood Jr.
THE KULLMAN FIRM
*A Professional Law Corporation*
600 University Park Place, Suite 340
Birmingham, Alabama 35209
T: 205-263-0222 | F: 205-871-5874
fdw@kullmanlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following counsel of record via the Court's ECF electronic filing data base on this the 21st day of April 2023:

/s/ Florence M. Johnson