# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TRACY MCGEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02871-JTF-tmp |
| ) | |
| TENET HEALTHCARE d/b/a ST. ) | |
| FRANCIS HOSPITAL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in accordance with the parties' Stipulation of Dismissal, filed on April 21, 2023, (ECF No. 12), and the Order Dismissing Case, filed on April 24, 2023, (ECF No. 13.)

**APPROVED:**

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

April 24, 2023  
DATE

WENDY OLIVER  
CLERK

s/Jarrod Nelson  
(BY) LAW CLERK